**UNITED STATES BANKRUPTCY COURT**
CENTRAL **DISTRICT OF** CALIFORNIA
RIVERSIDE **DIVISION**

| | | |
|---|---|---|
| In Re: | § § § | |
| TYLER LOGISTICS CORPORATION | § § § § | Case No. 19-17247 |
| Debtor | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

KARL T. ANDERSON, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 17,298.77　　　　　　　　Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,314.43　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　Without Payment: NA

Total Expenses of Administration: 7,410.11

---

3) Total gross receipts of $13,724.54 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $13,724.54 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $NA | $NA | $NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,430.09 | 7,430.09 | 7,410.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 840.73 | 840.73 | 840.73 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 68,000.00 | 101,075.65 | 101,075.65 | 5,473.70 |
| **TOTAL DISBURSEMENTS** | $68,000.00 | $109,346.47 | $109,346.47 | $13,724.54 |

    4) This case was originally filed under chapter 7 on 08/16/2019. The case was pending for 21 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2021        By:/s/KARL T. ANDERSON, TRUSTEE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHASE BANK ACCOUNT ENDING IN 4422 | 1129-000 | 13,724.54 |
| **TOTAL GROSS RECEIPTS** | | **$13,724.54** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$NA** | **$NA** | **$NA** | **$NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KARL T. ANDERSON | 2100-000 | NA | 2,122.45 | 2,122.45 | 2,122.45 |
| KARL T. ANDERSON | 2200-000 | NA | 39.96 | 39.96 | 19.98 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 14.18 | 14.18 | 14.18 |
| KARL T. ANDERSON CPA INC | 3310-000 | NA | 4,585.00 | 4,585.00 | 4,585.00 |
| KARL T. ANDERSON CPA INC | 3320-000 | NA | 668.50 | 668.50 | 668.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $7,430.09 | $7,430.09 | $7,410.11 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | FRANCHISE TAX BOARD | 5800-000 | NA | 840.73 | 840.73 | 840.73 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $840.73 | $840.73 | $840.73 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FEDEX CORPORATE SERVICES INC | 7100-000 | NA | 26,825.65 | 26,825.65 | 2,065.91 |
| 2 | FEDEX CUSTOM CRITIAL | 7100-000 | NA | 6,250.00 | 6,250.00 | 481.33 |
| 4 | ROSAN TYLER | 7100-000 | 38,000.00 | 38,000.00 | 38,000.00 | 2,926.46 |
| 5 | JAMES RAY TYLER | 7400-000 | 30,000.00 | 30,000.00 | 30,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $68,000.00 | $101,075.65 | $101,075.65 | $5,473.70 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 19-17247 | SY | Judge: | Scott H. Yun | Trustee Name: | KARL T. ANDERSON, TRUSTEE |
| Case Name: | TYLER LOGISTICS CORPORATION | | | | Date Filed (f) or Converted (c): | 08/16/2019 (f) |
| | | | | | 341(a) Meeting Date: | 09/16/2019 |
| For Period Ending: | 05/10/2021 | | | | Claims Bar Date: | 12/23/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHASE BANK ACCOUNT ENDING IN 4422 | 13,500.00 | 0.00 | | 13,724.54 | FA |
| 2. ACCOUNTS RECEIVABLE | 15,298.77 | 0.00 | | 0.00 | FA |
| 3. OFFICE FURNITURE | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. OFFICE FURNITURE | 250.00 | 0.00 | | 0.00 | FA |
| 5. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT | 750.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $30,798.77   $0.00   $13,724.54   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

07/14/20 -  EFILED NOTICE TO PROFESSIONALS TO FILE APPLICATION FOR COMPENSATION
02/27/20 - ORDER APPROVING APPLICATION BY TRUSTEE TO EMPLOY ACCOUNTANTS FOR THE ESTATE.
12/19/19 - MEETING OF CREDITORS HELD AND CONCLUDED.
09/19/19 - NOTIFICATION OF ASSET CASE.

*************03/31/20 ANNUAL REPORT*******************

STATUS:  ALL ASSETS HAVE BEEN ADMINISTERED.  TRUSTEE WILL FILE HIS FINAL REPORT AFTER TAX RETURNS HAVE BEEN FILED .

INITIAL ESTIMATED TFR DATE:   09/30/20 .

LITIGATION:  N/A
TAX ISSUES:  ACCOUNTANT HAS BEEN EMPLOYED.
INSURANCE:  N/A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | BUSINESS CHECKING 44422 |
| RE PROP # | 2 | -- | UNIQUE MUSIC MACHINES: $262.55<br>ACE PRODUCTS: $144.42<br>BOX BLVD. C/O MAJOR FULFILLMENT: $173.36<br>APPROVED FREIGHT FORWARDERS: $4,825.72<br>CAL PLUSH: $636.20<br>DRINK BLOCKS, LLC: $2,276.47<br>LANDMARK LOGISTICS CORPORATION: $1,659.00<br>LUCKY TWINS DISTRIBUTION: $159.50<br>MARK-IT-SMART: $443.52<br>MATISSE COMPANY: $1,101.48<br>MEDICAL TOTAL SOLUTIONS: $103.76<br>SEAN FAIRBURN: $140.00<br>STEPSTONE, INC.: $434.26<br>TAMERICA PRODUCTS: $710.00<br>TYLER DEMO: $2,250.53 |
| RE PROP # | 3 | -- | 2 COMPUTER MONITORS |
| RE PROP # | 4 | -- | 1 PRINTER |
| RE PROP # | 5 | -- | AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE<br>3 COMPUTERS |

Exhibit 8

Initial Projected Date of Final Report (TFR): 09/30/2020    Current Projected Date of Final Report (TFR): 09/30/2020

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 19-17247
Case Name: TYLER LOGISTICS CORPORATION
Taxpayer ID No: XX-XXX6853
For Period Ending: 05/10/2021

Trustee Name: KARL T. ANDERSON, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0564
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $95,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/22/19 | 1 | TYLER LOGISTICS CORPORATION<br>5635 TRAIL ST<br>NORCO, CA 92860 | NON EXEMPT BANK FUNDS | 1129-000 | $13,724.54 | | $13,724.54 |
| 01/29/20 | 2001 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | BLANKET BOND RENEWAL<br>#016030866 GENERAL<br>ORDER 00-01<br>01/04/20 TO 01/04/21 | 2300-000 | | $14.18 | $13,710.36 |
| 01/18/21 | 2002 | KARL T. ANDERSON<br>340 SOUTH FARRELL DRIVE<br>SUITE A210<br>PALM SPRINGS, CA 92262 | Chapter 7<br>Compensation/Expense | | | $2,142.43 | $11,567.93 |
| | | KARL T. ANDERSON | Chapter 7             ($2,122.45)<br>Compensation/Expense | 2100-000 | | | |
| | | KARL T. ANDERSON | Chapter 7                ($19.98)<br>Compensation/Expense | 2200-000 | | | |
| 01/18/21 | 2003 | KARL T. ANDERSON CPA INC<br>340 SOUTH FARRELL DRIVE<br>SUITE A210<br>PALM SPRINGS, CA 92262 | Accountant for Trustee Fees<br>(Truste | 3310-000 | | $4,585.00 | $6,982.93 |
| 01/18/21 | 2004 | KARL T. ANDERSON CPA INC<br>340 SOUTH FARRELL DRIVE<br>SUITE A210<br>PALM SPRINGS, CA 92262 | Accountant for Trustee<br>Expenses (Tr | 3320-000 | | $668.50 | $6,314.43 |
| 01/18/21 | 2005 | FRANCHISE TAX BOARD<br><br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Claim 000003, Payment<br>100.000000% | 5800-000 | | $840.73 | $5,473.70 |
| 01/18/21 | 2006 | FEDEX CORPORATE SERVICES INC<br><br>3965 Airways Blvd Module G 3rd Flr<br>Memphis TN 38116-5017 | Claim 000001, Payment<br>7.701249% | 7100-000 | | $2,065.91 | $3,407.79 |
| 01/18/21 | 2007 | FEDEX CUSTOM CRITIAL<br><br>c/o RMS<br>PO Box 19253<br>Minneapolis, MN 55419 | Claim 000002, Payment<br>7.701280% | 7100-000 | | $481.33 | $2,926.46 |

Page Subtotals: $13,724.54   $10,798.08

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 19-17247 | Trustee Name: | KARL T. ANDERSON, TRUSTEE |
| Case Name: | TYLER LOGISTICS CORPORATION | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0564 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX6853 | Blanket Bond (per case limit): | $95,000,000.00 |
| For Period Ending: | 05/10/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/18/21 | 2008 | ROSAN TYLER<br><br>24231 Barquero Dr.<br>Mission Viejo, CA 92691 | Claim 000004, Payment 7.701211% | 7100-000 | | $2,926.46 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $13,724.54 | $13,724.54 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $13,724.54 | $13,724.54 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,724.54 | $13,724.54 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page Subtotals:      $0.00      $2,926.46

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0564 - Checking Account (Non-Interest Earn | $13,724.54 | $13,724.54 | $0.00 |
|  | $13,724.54 | $13,724.54 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,724.54 |
| Total Gross Receipts: | $13,724.54 |

Page Subtotals:   $0.00   $0.00